**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JOSHUA HENRY**                                                             **PLAINTIFF**

**v.**                                  **Case No. 3:20-cv-00105-JTK**

**ANDREW SAUL,** *Commissioner***,**
**Social Security Administration**                                  **DEFENDANT**

## ORDER

Before the Court are Plaintiff's Motion for Attorney's Fees and Defendant's Response. *Docs.* 23, 25. In his motion, Plaintiff requests $4,901.07 in fees and expenses. *Doc.* 23. Defendant does not object to this award. *Doc.* 25 at 1. After careful consideration, the Court finds that Plaintiff should be awarded reasonable attorney's fees.

EAJA fees are payable to Plaintiff, not Plaintiff's attorney, and such fees are subject to an offset when the Plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Therefore, subject to any offset, payment by check to the order of the Plaintiff, in care of her attorney, will issue to Plaintiff's attorney.

Accordingly, the Motion for Attorney's Fees (*Doc.* 23) is GRANTED. Plaintiff is awarded $4,901.07.

SO ORDERED THIS 1st day of March, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE